IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CYNTHIA MARSHALL | * | |
| | * | |
| v. | * | Civil No. JFM-07-1204 |
| | * | |
| HOWARD COUNTY HOUSING | * | |
| COMMUNITY DEVELOPMENT | * | |
| ***** | | |

MEMORANDUM

On July 17, 2007 I entered an order granting defendant's motion for summary judgment. When entering the order, I indicated that plaintiff had not responded to defendant's motion.

Plaintiff has now filed an opposition to the motion. I have reviewed the opposition and remain of the view that the order granting the motion was properly entered. Accordingly, I will deem plaintiff's opposition to constitute a motion for reconsideration and deny it as such.


Date: August 6, 2007         /s/
                             J. Frederick Motz
                             United States District Judge